# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTONIO DESHONE DOOLEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV423-331 |
| SUPERIOR COURT, | ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Antonio Deshone Dooley filed this case, apparently pursuant to 42 U.S.C. § 1983. *See generally* doc. 1. He neither paid the filing fee nor moved to proceed *in forma pauperis*, and the Clerk notified him of the deficiency. *See* doc. 2. The Clerk directed him to either pay the required fee or move to proceed *in forma pauperis* by December 11, 2023. *Id.* He did not respond to the Clerk's Notice. *See generally* docket. He has failed to prosecute this case and his Complaint should, therefore, be **DISMISED**. Doc. 1.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders or failed to prosecute their

claims. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Accordingly, because Dooley has failed to pay the required filing fee, move to proceed *in forma pauperis,* or respond to the Clerk's Notice in any way, his Complaint should be **DISMISSED**.[1]  *See, e.g.,* Fed. R. Civ. P. 41(b).

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for

---

[1] To the extent that Dooley wishes to prosecute this case, the fourteen-day objections period discussed below provides him a final opportunity to respond to the Clerk's Notice. To the extent that he submits his response during the objections period, he must also explain why he failed to file that response timely.

additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 22nd day of December, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3